UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
In re:

FAIRPOINT COMMUNICATIONS INC.,
et al.,

                      Debtors.

Chapter No. 11

Case No.: 09-16335 (BLR)
(Jointly Administered)

------------------------------------ X
FAIRPOINT COMMUNICATIONS INC.,
NORTHERN NEW ENGLAND
TELEPHONE OPERATIONS LLC
AND TELEPHONE OPERATING
COMPANY OF VERMONT LLC,

                      Plaintiffs,

   v.

SEGTEL, INC. AND SEGNET
TECHNOLOGIES, INC.,

                      Defendants.
------------------------------------ X

Adv. Proc. No. 11-01759 (BRL)

## STATEMENT REGARDING MEDIATION
## AND WITHDRAWAL OF THE REFERENCE

segTEL, Inc. and segNET Technologies, Inc. (collectively, "segTEL") state as follows:

segTEL believes mediation is in the best interests of all parties and will work in good faith to resolve the Parties' disputes. However, segTEL's consent to mediate the adversary proceeding is not intended to waive its right to file a motion to withdraw the reference in the event mediation is unsuccessful. segTEL reserves all rights to file a motion to withdraw the reference upon the conclusion of the mediation.

Dated: New York, New York.
August 31, 2011

                                        PERKINS COIE LLP

By: */s/ Jeffrey D. Vanacore*
    Schuyler G. Carroll
    Jeffrey D. Vanacore
30 Rockefeller Center, 25th Floor
New York, NY 10112-0085
212.262.6900

        and

Lawrence Reichman (*pro hac vice pending*)
Jeanette L. Thomas
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
503.727.2000

*Attorneys for Defendants*
*segTEL, Inc. and segNET Technologies, Inc.*

-2-
LEGAL21644702.1