UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------- X
In re:                                :   Chapter No. 11
                                      :
FAIRPOINT COMMUNICATIONS INC.,        :
et al.,                               :   Case No.: 09-16335 (BLR)
                                      :   (Jointly Administered)
                    Debtors.          :
                                      :
                                      :
------------------------------------- X
FAIRPOINT COMMUNICATIONS INC.,        :
NORTHERN NEW ENGLAND                  :
TELEPHONE OPERATIONS LLC              :
AND TELEPHONE OPERATING               :
COMPANY OF VERMONT LLC,               :
                                      :
                    Plaintiffs,       :
                                      :   Adv. Proc. No. 11-01759 (BRL)
        v.                            :
                                      :
SEGTEL, INC. AND SEGNET               :
TECHNOLOGIES, INC.,                   :
                                      :
                    Defendants.       :
------------------------------------- X
```

**STIPULATION REGARDING MEDIATION AND SCHEDULING ORDER**

Plaintiffs FairPoint Communications, Inc., Northern New England Telephone Operations LLC and Telephone Operating Company of Vermont LLC (collectively, the "Plaintiffs") and segTEL, Inc. and segNET Technologies, Inc. (collectively, the "Defendants" and together with the Plaintiffs, the "Parties"), hereby stipulate and agree, by and through their undersigned counsel, as follows.

**RECITALS**

WHEREAS, on June 22, 2011, the Court entered a scheduling order (the "Scheduling Order") setting forth various deadlines in the adversary proceeding.

WHEREAS, on August 25, 2011, the Court entered an order referring the Parties' dispute, as further described in the order, to mediation.

**NOW THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:**

1. The Parties have selected Larry I. Glick as the mediator. The Parties will contact Mr. Glick to commence the mediation.

2. Neither of the Parties shall serve any discovery requests during the pendency of the mediation.

3. All deadlines in the Scheduling Order shall be held in abeyance pending the outcome of the mediation. In the event the mediation is unsuccessful, the Parties will confer in good faith and submit a revised Scheduling Order setting forth new deadlines regarding discovery and motion practice.

Dated: New York, New York.
       August 31, 2011

| PAUL HASTINGS JANOFSKY & WALKER LLP | PERKINS COIE LLP |
|---|---|
| By: */s/ James T. Grogan* <br>     Luc A. Despins, Esq. <br>     James T. Grogan, Esq. <br> 75 E. 55th Street, First Floor <br> New York, NY  10022 <br> (212) 318-6000 <br> (212) 319-4090 <br><br> *Attorneys for Plaintiffs* | By: */s/ Jeffrey D. Vanacore* <br>     Schuyler G. Carroll <br>     Jeffrey D. Vanacore <br> 30 Rockefeller Center, 25th Floor <br> New York, NY  10112-0085 <br> 212.262.6900 <br><br> And |

Lawrence Reichman (*pro hac vice pending*)
Jeanette L. Thomas
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
503.727.2000

*Attorneys for Defendants*
*segTEL, Inc. and segNET Technologies, Inc.*

Dated: New York, New York.
       September 1, 2011

SO ORDERED

/s/Burton R. Lifland
UNITED STATES BANKRUPTCY JUDGE